ANNA F. BROWN, Respondent, *v.* EDWARD G. BROWN, Appellant.

(Argued January 9, 1935; decided January 24, 1935.)

*Chester J. Winslow, James Gilchrist* and *Nellie Gilchrist* for appellant.

*Fred J. O'Donnell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.